UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- x
                                                          :
UNITED STATES OF AMERICA,        :    **ORDER**

                                                          :    S1 20 Cr. 631 (AKH)
     -against-                                :

SHELDON CLARK,                         :

                            Defendant.     :
----------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The parties are hereby ordered to appear for a hearing pursuant to *United States v. Curcio*, 680 F.2d 881 (2d Cir. 1982) on February 9, 2021, at 11:00 a.m., which hearing will be held via the following call-in number:

        **Call-in number: 888-363-4749**

        **Access code: 7518680**

        To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones. Additionally, all participants are directed to call in **5 minutes** prior to the start of the conference.

        Finally, no later than February 5, 2021, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

        SO ORDERED.

Dated:    February 2, 2021        _____/s/ Alvin K. Hellerstein_____
           New York, New York        ALVIN K. HELLERSTEIN
                                                       United States District Judge